BRENNER, as Candidates for Judge of the County Court of the County of Kings; ROBERT J. CREWS, as Candidate for Sheriff of the County of Kings, and CARMINE A. VENTIERA, as Candidate for Register of the County of Kings, Filed with the Respondents on October 7, 1941, Respondents.— Appeal dismissed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of JOSEPH F. SOVIERO, Petitioner, Respondent, for an Order Directing the Board of Elections of the City of New York to Accept the Nominating Petition of JOSEPH F. SOVIERO as a Candidate for Councilman of the City of New York, Borough of Queens, under the Designation of the City Fusion Party, Filed October 7, 1941, and to Direct the Board of Elections to Certify Said Person as Such Candidate and Place Said Person on the Ballot for the General Election to Be Held on November 4th, 1941. S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents; FREDERICK GARDENER, and MALVERN H. CUNNINGHAM, Intervenor, Appellants.— Order modified on the law and the facts by striking out the provision for costs, and as so modified affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of JOSEPH F. SOVIERO, Petitioner, Respondent, for an Order Directing the Board of Elections of the City of New York to Accept the Nominating Petition of JOSEPH F. SOVIERO as a Candidate for Councilman of the City of New York, Borough of Queens, under the Designation of the Citizens Non-Partisan Committee Filed October 7, 1941, and to Direct the Board of Elections to Certify Said Person as Such Candidate and Place Said Person on the Ballot for the General Election to Be Held on November 4th, 1941. S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, Respondents; FREDERICK GARDENER and MALVERN H. CUNNINGHAM, Intervenor, Appellants.— Order modified on the law and the facts by striking out the provision for costs, and as so modified affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

## (October 31, 1941.)

In the Matter of the Application of JOHN T. COLLINS and JOSEPH E. MILLER, Appellants, for the Determination of the Court as to the Nomination of GEORGE U. HARVEY for the Office of Borough President of the Borough of Queens as Contained in the Petition Known as the City Fusion Party Petition. GEORGE U. HARVEY and BOARD OF ELECTIONS OF THE CITY OF NEW YORK, Respondents.— Order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.

In the Matter of the Application of JOSEPH M. LONERGAN, Appellant, for an Order to Invalidate and Declare Null and Void Nominating Petition Filed with the Board of Elections of the City of New York, Designating JOHN M. LONDERGAN, as Candidate for the Position of Councilman of the City of New York, in the Borough of Queens and to Restrain the Board of Elections from Certifying Him and Printing His Name on the Ballot for November 4th, 1941. S. HOWARD COHEN and Others, Constituting the Board of Elections of the City of New York, and JOHN M. LONDERGAN, Respondents.— Motion for reargument granted. [See ante, p. 1047.] On reargument, order affirmed, without costs. No opinion. Hagarty, Carswell, Adel, Taylor and Close, JJ., concur.